IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES ALDRIDGE, RELATOR on behalf of
UNITED STATES OF AMERICA                                        PLAINTIFF

V.                                                              3:07-cv-00309-HTW-LRA

CORPORATE MANAGEMENT, INC., a Mississippi
Corporation (CMI); STONE COUNTY HOSPITAL, INC.;
STONE COUNTY NURSING AND REHABILITATION
CENTER, INC.; QUEST MEDICAL SERVICES, INC.;
QUEST REHAB, INC.; H. TED CAIN; JULIE CAIN;
STARR ANN LAMIER; TERRI BEARD
and JOHN DOES 1-XX                                              DEFENDANTS

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE INTERVENTION COMPLAINT**

The United States hereby moves the Court for an extension of time to file its Complaint in Intervention. The Court's Order, filed August 13, 2015, gave the United States thirty (30) days to file its Complaint in Intervention. The United States is respectfully requesting that its deadline be extended until September 18, 2015. The additional time in necessary due to the schedule of counsel for the United States and various agency officials who are required to complete the Complaint. The United States has contacted counsel for Plaintiff-Relator, who has no objection to this Motion. No other parties have been served process in this matter.

        Respectfully submitted,

        BENJAMIN C. MIZER
        Principal Deputy Assistant Attorney General

        DANIEL R. ANDERSON
        A. THOMAS MORRIS
        Attorneys, Civil Division
        Commercial Litigation Branch
        Post Office Box 261

        Ben Franklin Station
        Washington, D.C.   20044
        Telephone:   (202) 616-2451

        Gregory K. Davis
        UNITED STATES ATTORNEY

        */s/ Angela Givens Williams*
        ANGELA GIVENS WILLIAMS
        Assistant United States Attorney
        501 East Court Street, Suite 4.430
        Jackson, MS   39201
        Telephone: (601) 965-4480
        Fax:   (601) 965-4409
        MS Bar No. 102469

Dated:   September 10, 2015

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed with the Clerk of the Court using the ECF system, and a copy of the same was sent to all counsel of record.

Dated September 10, 2015.

                */s/ Angela Givens Williams*
                ANGELA GIVENS WILLIAMS
                Assistant United States Attorney
                501 East Court Street, Suite 4.430
                Jackson, MS 39201
                Telephone: (601) 965-4480
                Fax: (601) 965-4409