AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 18 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

JAMES ALDRIDGE, RELATOR on behalf of UNITED STATES OF AMERICA )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:07cv309-HTW-LRA
)
CORPORATE MANAGEMENT, INC., a Mississippi Corporation (CMI), et al. )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stone County Hospital, Inc.
Robert E. Bass, Registered Agent
11545 Old Highway
Gulfport, MS 39503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Angela Givens Williams, AUSA
501 E. Court St.
Ste 4.430
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: SEP 18 2015                          _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| JAMES ALDRIDGE, RELATOR on behalf of UNITED STATES OF AMERICA <br><br> *Plaintiff(s)* <br> v. <br> CORPORATE MANAGEMENT, INC., a Mississippi Corporation (CMI), et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 3:07cv309-HTW-LRA ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Corporate Management, Inc.
Robert E. Bass, Registered Agent
11545 Old Highway
Gulfport, MS 39503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Angela Givens Williams, AUSA
501 E. Court St.
Ste 4.430
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: __SEP 1 8 2015__          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

JAMES ALDRIDGE, RELATOR on behalf of UNITED STATES OF AMERICA )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:07cv309-HTW-LRA
)
CORPORATE MANAGEMENT, INC., a Mississippi Corporation (CMI), et al. )
)
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Julie Cain
601 Rue Dauphine
Ocean Springs, MS 39564-3022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Angela Givens Williams, AUSA
501 E. Court St.
Ste 4.430
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

*CLERK OF COURT*

Date: SEP 1 8 2015 _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| JAMES ALDRIDGE, RELATOR on behalf of UNITED STATES OF AMERICA<br><br>*Plaintiff(s)*<br>v.<br>CORPORATE MANAGEMENT, INC., a Mississippi Corporation (CMI), et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:07cv309-HTW-LRA<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  H. Ted Cain
601 Rue Dauphine
Ocean Springs, MS 39564-3022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Angela Givens Williams, AUSA
501 E. Court St.
Ste 4.430
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: SEP 1 8 2015

*Signature of Clerk or Deputy Clerk*