# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**JAMES ALDRIDGE, RELATOR,**
on behalf of the
**UNITED STATES OF AMERICA**                            **PLAINTIFFS**

**v.**                          **Civil Action No. 3:07-CV00309 HTW-LRA**

**H. TED CAIN, JULIE CAIN,**
**CORPORATE MANAGEMENT INC.,**
a Mississippi corporation;
**STONE COUNTY HOSPITAL, INC.,**
**THOMAS KULUZ, and STARANN LAMIER**            **DEFENDANTS**

## ORDER

This matter is before the Court on the joint request of Defendants H. Ted Cain, Julie Cain, Corporate Management, Inc., Stone County Hospital, Inc., Thomas Kuluz, and Starann Lamier ("Defendants"), and Plaintiff the United States of America ("Plaintiff"), for extensions of deadlines. The Court finds that the requests are well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's response to Defendants' Motion to Dismiss, Transfer Venue and/or For More Definite Statement of Claims is due February 4, 2016 and Defendants' reply is due February 24, 2016.

SO ORDERED AND ADJUDGED, this the 14th day of January, 2016.

                                                      s/ HENRY T. WINGATE
                                                      **UNITED DISTRICT COURT JUDGE**

Prepared by:

*/s/ Randi P. Mueller*
**RANDI P. MUELLER, MSB #100022**
Page, Mannino, Peresich &
McDermott, P.L.L.C.
759 Vieux Marche Mall
Biloxi, MS 39530
Phone: (228) 374-2100/Fax: (228) 432-5539
Email: randi.mueller@pmp.org
*Attorney for Defendants*